PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST W. AHART, JR. as Trustee of The Ahart Family Trust; AHART LIVESTOCK, INC.; UNIGARD INSURANCE COMPANY as subrogee of Ernest W. Ahart, Jr as Trustee of The Ahart Family Trust and Ahart Livestock, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, PRIDE INDUSTRIES, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-01832-DAD-KJN <br><br> JOINT REQUEST AND ORDER TO CONTINUE SETTLEMENT CONFERENCE <br><br><br> Chief Magistrate Judge Kendall J. Newman |

Plaintiffs Earnest W. Ahart, Jr., Ahart Livestock, Inc., and Unigard Insurance Company, and Defendants the United States and Pride Industries respectfully submit this Joint Request and [Proposed] Order to Continue Settlement Conference seeking to reschedule the settlement conference currently set before Chief Magistrate Judge Newman for January 31, 2023. *See* Dkt 28. The parties seek to reschedule the January 31, 2023, settlement conference for **May 2, 2023, at 9:30 a.m**. This change will allow the parties more time for discovery that they believe is necessary before they can productively negotiate a potential resolution of this matter.

///

///

Respectfully submitted,

Dated: January 20, 2023  PHILLIP A. TALBERT
UNITED STATES ATTORNEY

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for the United States

Dated: January 20, 2023  CLAUSEN MILLER, P.C.

*Jay D. Harker (authorized 01/20/23)*
JAY D. HARKER
Attorney for Plaintiff

Dated: January 20, 2023  FORREST & BECKER LAW GROUP, APC

*Emma L. Forrest (authorized 01/20/23)*
EMMA L. FORREST
Attorney for Defendant Pride Industries

**IT IS SO ORDERED.**

Dated: January 24, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE