PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST W. AHART, JR. as Trustee of The Ahart Family Trust; AHART LIVESTOCK, INC.; UNIGARD INSURANCE COMPANY as subrogee of Ernest W. Ahart, Jr as Trustee of The Ahart Family Trust and Ahart Livestock, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, PRIDE INDUSTRIES, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01832-DAD-AC<br><br>STIPULATION TO EXTEND FILING DATE FOR DISPOSITIONAL DOCUMENTS |

Plaintiffs Earnest W. Ahart, Jr., Ahart Livestock, Inc., and Unigard Insurance Company, and Defendants the United States and Pride Industries respectfully submit this Stipulation to Extend the filing date for the dispositional documents (currently May 13, 2024) by 90 days to **August 8, 2024**. This case was settled at a settlement conference conducted before Magistrate Judge Newman on July 7, 2023.  All settlement documents have been signed and documents have been submitted for payment of the United States portion of the settlement funds by the Judgment Fund.  Plaintiffs have been working with the Judgment Fund regarding a delay in paying settlement funds to Plaintiffs. Plaintiffs need additional time to continue this work.

///

///

          Respectfully submitted,

Dated: May 9, 2024          PHILLIP A. TALBERT
                                       UNITED STATES ATTORNEY

                                       By: */s/Victoria L. Boesch*
                                       VICTORIA L. BOESCH
                                       Assistant United States Attorney
                                       Attorneys for the United States

Dated: May 9, 2024          CLAUSEN MILLER, P.C.

                                       (As authorized 05/09/24)

                                       */s/Jay D. Harker*
                                       JAY D. HARKER
                                       Attorney for Plaintiff

Dated: May 8, 2024          ELGUINDY MEYER & KOEGEL APC

                                       (As authorized 05/08/24)

                                       */s/David Daniels*
                                       DAVID DANIELS
                                       Attorney for Defendant Pride Industries

**IT IS SO ORDERED.**

DATE: May 9, 2024

                                       */s/ Allison Claire*
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE