PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST W. AHART, JR. as Trustee of The Ahart Family Trust; AHART LIVESTOCK, INC.; UNIGARD INSURANCE COMPANY as subrogee of Ernest W. Ahart, Jr as Trustee of The Ahart Family Trust and Ahart Livestock, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, PRIDE INDUSTRIES, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01832-DAD-AC<br><br>STIPULATION TO EXTEND FILING DATE FOR DISPOSITIONAL DOCUMENTS |

Plaintiffs Earnest W. Ahart, Jr., Ahart Livestock, Inc., and Unigard Insurance Company, and Defendants the United States and Pride Industries respectfully submit this Stipulation to Extend the filing date for the dispositional documents (currently November 6, 2024) by 90 days to **February 4, 2025**. This case was settled at a settlement conference conducted before Magistrate Judge Newman on July 7, 2023.  All settlement documents have been signed and documents have been submitted for payment of the United States portion of the settlement funds by the Judgment Fund.  Plaintiffs have been working with the Judgment Fund regarding a delay in paying settlement funds to Plaintiffs.  Plaintiffs need additional time to continue this work.

///

///

                Respectfully submitted,

Dated: November 5, 2024        PHILLIP A. TALBERT
                                      UNITED STATES ATTORNEY

                                      By: */s/Victoria L. Boesch*
                                      VICTORIA L. BOESCH
                                      Assistant United States Attorney
                                      Attorneys for the United States

Dated: November 4, 2024        CLAUSEN MILLER, P.C.

                                      (As authorized 11/04/24)

                                      */s/Jay D. Harker*
                                      JAY D. HARKER
                                      Attorney for Plaintiff

Dated: November 5, 2024        ELGUINDY MEYER & KOEGEL APC

                                      (As authorized 11/05/24)

                                      */s/David Daniels*
                                      DAVID DANIELS
                                      Attorney for Defendant Pride Industries

**IT IS SO ORDERED.**

DATE: November 8, 2024

                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE