UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST W. AHART, JR. et al., | No.  2:21-cv-1832 DAD AC |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al, | |
| Defendants. | |

   This case has settled; the parties reached a verbal settlement agreement before Magistrate Judge Kendall J. Newman, which was noted on the docket on July 7, 2023.  ECF No. 49.  The parties were ordered to file dispositional documents within 90 days but repeatedly stipulated to extend the filing date.  ECF No. 41-44, 46-52.  Most recently, the partis stipulated to extend the filing deadline for dispositional documents through May 5, 2025.  ECF No. 52.  That request is granted *nuc pro tunc*.  It is August of 2025, and dispositional documents have still not been filed.  This case has now been open on the court's docket, awaiting dispositional documents, for over two years.

   Good cause appearing, IT IS HEREBY ORDERED that all parties shall show cause, in writing, by September 5, 2025, why their failure to submit dispositional documents should not result in a recommendation that this case be deemed settled and involuntarily dismissed pursuant to Fed. R. Civ. P. 41(b).  The filing of dispositional documents by the deadline will serve as cause

and will discharge this order.  Further extensions of the deadline to file will not be granted absent a detailed showing of good cause.  If the parties do not respond, the court will recommend dismissal of this case pursuant Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: August 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE