UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST W. AHART, JR. et al., | No.  2:21-cv-1832 DAD AC |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al, | |
| Defendants. | |

This case was settled over two years ago but remains open.  The parties reached a verbal settlement agreement before now-retired Magistrate Judge Kendall J. Newman, which was noted on the docket on July 7, 2023.  ECF No. 49.  The parties were ordered to file dispositional documents within 90 days but repeatedly stipulated to extend that deadline.  ECF No. 41-44, 46-52.  The final such stipulation proposed a May 5, 2025, deadline for dispositional documents. ECF No. 52.

In August of 2025, the undersigned issued an Order to Show Cause, noting that dispositional documents had still not been filed.  Plaintiff responded with a motion to enforce the settlement agreement, ECF No. 54-1, which was never adjudicated because it had been improperly noticed and plaintiff failed to re-notice it before the district judge as directed, see ECF No. 55.  The government's response to the motion to enforce, ECF No. 56, assured the court that no action was necessary because a revised request had been submitted to the Judgment Fund, and

1

payment would be issued within the next 4 to six weeks.  Id. at 1.  Nearly seven months later, dispositional documents still have not been filed.

Good cause appearing, IT IS HEREBY ORDERED that all parties shall show cause, in writing, by April 24, 2026, why their failure to submit dispositional documents should not result in a recommendation that this case be deemed settled and involuntarily dismissed pursuant to Fed. R. Civ. P. 41(b).  The filing of dispositional documents by the deadline will serve as cause and will discharge this order.  Further extensions of the deadline to file will not be granted absent a detailed showing of good cause.  If the parties do not respond, the court will recommend dismissal of this case pursuant Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: April 8, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE